IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESUS ANTONIO RAMIREZ ESCOBAR, *et al.*,)
)
                      *Plaintiffs*,    )
)    Case No. 1:15-cv-00932-RMC
v.                                   )
)
AKCS, LLC, *et al.*              )
)
                      *Defendants*.   )

## ORDER

Upon consideration of the Joint Motion to Reopen Case NO. 1:15-cv-00932-rmc and For Approval of Settlement and Attorney's Fees, finding that good cause exists for approval of the proposed agreement, it is hereby:

ORDERED that the Joint Motion to Reopen Case NO. 1:15-cv-00932-rmc and For Approval of Settlement and Attorney's Fees is GRANTED; and it is further

ORDERED that the matter be STAYED until the payments called for under the approved agreement have been made and the Parties have filed a Consent Order of Dismissal.

SO ORDERED.  *This case is closed.*

DATED: 10/19/15

_____
The Honorable Rosemary M. Collyer
United States District Judge

cc:

Philip M. Schwartz
CARR, MORRIS & GRAEFF, P.C.
8300 Boone Boulevard, Suite 250
Vienna, VA 22182

Michael K. Amster
ZIPIN, AMSTER & GREENBERG, LLC
836 Bonifant Street
Silver Spring, MD 20910